**Electronically Filed
Supreme Court
SCPW-24-0000849
26-FEB-2025
09:11 AM
Dkt. 34 ORD**

SCPW-24-0000849

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RONDA MELNYCHUK-BESELT,
Petitioner,

vs.

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT,
Respondent.

---

ORIGINAL PROCEEDING
(DB No. 23-9006)

ORDER
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge To'oto'o, in place of Ginoza, J., recused,
and Circuit Judge Kubota, in place of Devens, J., recused)

The petition filed on December 31, 2024 sought, in

pertinent part, an extraordinary writ directed to the Respondent

to vacate the Order Granting Motion to Defer Disciplinary

Proceedings filed August 26, 2024 in In re: Peter C. Hsieh, HSBA

No. 3204, DB No. 23-9006.  The petition also sought related

relief based on grievances related to the pending disciplinary matter.

Upon review of the papers submitted, Petitioner has been communicating with the Office of Disciplinary Counsel to make her position known and may continue to do so without the need for any intervention by this court.

The court declines to entertain the petition and the petition is denied without prejudice.

DATED: Honolulu, Hawaiʻi, February 26, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Faʻauuga L. Toʻotoʻo

/s/ Peter K. Kubota

